**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# JS-6

### CIVIL MINUTES -REOPENING/CLOSING

Case No. EDCV14-637-JGB(SPx)                              Date September 30, 2014

Title: David Peterson v. The Scotts Miracle-Gro Company, et al

Present: The Honorable Jesus G. Bernal

| Maynor Galvez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Proceedings:    ☐ In Court          ☒ In Chambers

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☒  Other There being no Amended Complaint on file, the case is hereby dismissed without prejudiced.

☐  Entered _____.

   IT IS SO ORDERED.

                                                                              MG
                                                    Initials of Preparer _____